UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK E. LUTHER, PH.D.,

    Plaintiff,

v.                                                                    CASE NO: 8:09-cv-2267-T-26TGW

M/V OURO DO BRASIL, Official Number
9832, her engines, tackle, appurtenances, spares
and equipment appertaining whether onboard
or not, *in rem*, and PROMENADE SHIPPING,
a Liberian corporation, *in personam*,

    Defendants.
_____/

**<u>O R D E R</u>**

Upon due consideration of Plaintiff's Motion for Reconsideration of Order Striking Plaintiff's Jury Trial Demand (Dkt. 42),[1] the Court finds that the motion is due to be denied. The Fourth and Ninth Circuit cases upon which Plaintiff again cites to the Court are not binding precedent. Based on the file and the law cited in this Court's prior order, the Court finds that a relevant factor of significant weight has not been overlooked to correct clear error, to prevent manifest injustice, or to meet any other requirements to warrant reconsideration of the prior order. See <u>Fed.R.Civ.P.</u> 60(b)(6); <u>Sussman v. Salem, Saxon & Neilsen, P.A.</u>, 153 F.R.D. 689, 694 (M.D. Fla. 1994) (citing three major grounds

---

[1] The Court finds it unnecessary for Defendants to file a response.

for reconsideration as change in the law, new evidence, and need to correct clear error or prevent manifest injustice). Accordingly, Plaintiff's Motion for Reconsideration of Order Striking Plaintiff's Jury Trial Demand (Dkt. 42) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, on September 21, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record