UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK E. LUTHER, PH.D.,

    Plaintiff,

v.   CASE NO: 8:09-cv-2267-T-26TGW

M/V OURO DO BRASIL, Official Number 9832, her engines, tackle, appurtenances, spares and equipment appertaining whether onboard or not, *in rem,* FISCHER GROUP, a Brazilian corporation, *in personam*, and PROMENADE SHIPPING, a Liberian corporation, *in personam*,

    Defendants.
_____/

## O R D E R

Upon due consideration of Defendant's Notice filed at docket 52, it is ordered and adjudged that Defendant's Motion to Compel (Dkt. 48) is denied as moot. The hearing scheduled on the motion for Wednesday, November 2, 2011, at 10:00 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on October 28, 2011.

        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record