# COPYING COSTS
# FROM OUTSIDE
# VENDORS

# Check Request  BILLED



| | |
|---|---|
| Date: 6.3.10 | **Payable To:** Lau, Lane, Pieper Conley & McCreadie, P.A. P.O. Box 838 Tampa, Fl 33601-0838 |
| Requested By: BC | |
| Due Date: 6.4.10 | |
| Amount: $ 74.70 | |
| Send Out: ✓ | |
| Return To: _____ | |

**Client Name:** Luther, Mark
**Client #:** 99700.0001

---

| **Payment From** | ☐ **Bill As Cost Only** Pay third party upon receipt of client payment | **Approving Partner** Initials |
|---|---|---|
| ☑ Operating Account ☐ Corporate Credit Card **Bill As Cost to Client:** ☐ Yes ☐ No | ☐ Trust Account - Retainer **Bill As Cost to Client:** ☑ Yes ☐ No Current Trust Balance: $_____ | ☐ Trust Account - Master Escrow Current Trust Balance: $_____ |
| **Approving Partner** Initials | **Approving Partner** Initials | **Approving Partner** Initials |

---

**Payment For:**
Photocopy charges for records received from: Bayfront Medical Center (MR) Blue Cross Blue Shield of Fl Dr. Kirk John.

**Finance Department Use**
Date Billed to Client: 6.3.10
☑ Billed as an Advance Cost
☐ Billed to recover Trust Payment
  Payable to: Moore & Co., P.A. Trust Account
  Payment Received From Client:
Date Paid by Client:
Date: _____ Check No. _____

---

**MOORE & COMPANY, P.A.**
Lau, Lane, Pieper, Conley & McCreadie, PA

| Date | Type | Reference | Orignal Amt. | Balance Due | | | 06/25/2010 | 470( |
|---|---|---|---|---|---|---|---|---|
| | | | | | Discount | | | |
| 4/13/2010 | Bill | | 74.70 | 74.70 | | | Payment | |
| 5/7/2010 | Bill | | 55.20 | 55.20 | | | 74.70 | |
| | | | | | | | 55.20 | |
| | | | | Check Amount | | | 129.90 | |

Cash in Bank Operatin

129.90

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134



## INTERIM BILLING STATEMENT
13 April 2010

Re:   **Mark Luther**
      **Our File No.: 2080-10771**

Photocopy charges for records received from:

1.      Bayfront Medical Center (medical records)

2.      BlueCross BlueShield of Florida

3.      Dr. Kirk Joba

229 copy(ies) at .30 per copy    = $ 68.70
Shipping/Handling:               = $  6.00

# Total Due:                     $ 74.70

# <u>PAYMENT IS DUE UPON RECEIPT</u>

# Check Request POSTED BILLED


**MOORE & CO., P.A.**
PROFESSIONAL ASSOCIATION

Date: _5. 18. 10_

Requested By: _Bc_

Due Date: _5.21. 10_

Amount: $ _55. 20_

Send Out: _✓_

Return To: _____

Payable To: _Lau Lane Pieper,_
_Conley & McCreadie_
_P.O. Box 838_
_Tampa, FL_
_33601-0838_

Client Name: _Luther_

Client #: _99700.0001_

---

| **Payment From** | ☐ **Bill As Cost Only** Pay third party upon receipt of client payment | | **Approving Partner** Initials |
|---|---|---|---|

| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
|---|---|---|
| ☐ Corporate Credit Card | **Bill As Cost to Client:** ☐ Yes ☐ No | Current Trust Balance: $_____ |
| **Bill As Cost to Client:** ☐ Yes ☐ No | Current Trust Balance: $_____ | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

---

Payment For: ~
_Insurance 9 5.7.10_
_Receipts 9_
_Bayfront Medical Ctr (Radiology)_
_John Kaler, M.D._
_Robert Thacker, M.D_
_Bay Area Surgical Assoc_
_all Florida Ortho rehab Assoc_
_Tampa Bay Orthopedic Assoc_

**Finance Department Use**
Date Billed to Client: _5.18.10_
☑ Billed as an Advance Cost
☐ Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
    Payable to: Moore & Co., P.A. Trust Account
    Payment Received From Client:
Date Paid by Client:
Date: _____ Check No. _____

---

**Payment can not be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request. MTM approval required for disbursements over $400.00.**

Attach
Payment Record
Here

BILLED

99700.0031
Luther

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

### INTERIM BILLING STATEMENT
May 7, 2010

Re:    **Mark Luther**
       **Our File No.: 2080-10771**

Photocopy charges for records received from:

      1.      Bayfront Medical Center (radiology)

      2.      Any Koler M.D.

      3.      Robert Thacker M.D.

      4.      Bay Area Surgical Associates

      5.      All Florida Orthopedic Associates

      6.      Tampa Bay Orthopedic Specialists

164 copy(ies) at .30 per copy    = $ 49.20
Shipping/Handling:               = $  6.00

## Total Due:                    $ 55.20

# PAYMENT IS DUE UPON RECEIPT

# Check Request

**POSTED BILLED**

## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

**Date:** 3.15.10

**Requested By:** BC

**Due Date:** 3.19.10

**Amount:** $ 31.09

**Send Out:** ✓

**Return To:** _____

**Payable To:** Diversified Medical Records Services
P.O. Box 239003
Encinitas, CA
92023-9003

**Client Name:** Luther

**Client #:** 99700.0001

---

| Payment From | ☐ Bill As Cost Only | Approving Partner |
|---|---|---|
| | Pay third party upon receipt of client payment | Initials |

| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
|---|---|---|
| Bill As Cost to Client:<br>☑ Yes ☐ No | Bill As Cost to Client:<br>☐ Yes ☐ No<br><br>Current Trust Balance: $_____ | Current Trust Balance: $_____ |

| Approving Partner<br>Initials | Approving Partner<br>Initials | Approving Partner<br>Initials |
|---|---|---|

---

**Payment For:**
Inv. # 462664 - 3.8.10 -
Medical Records from
Neurological Associates
of Tampa Bay - Dr. Jabe -

**Finance Department Use**

**Date Billed to Client:** 3.15.10

☑ Billed as an Advance Cost
  Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
  Payable to: Moore & Co., P.A. Trust Account

---

**MOORE & COMPANY, P.A.**

Diversified Medical Records Services

**4531**

04/09/2010

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/8/2010 | Bill | 462664 | 31.09 | 31.09 | | 31.09 |
| | | | | Check Amount | | 31.09 |

Cash In Bank Operatin        31.09

PAYMENT RECORD



392082 (2/10)

99700.0001

**Remit Payment To**
**Diversified Medical Records Services**
P.O. Box 239003
Encinitas, CA 92023-9003
Phone: 949-240-6242   FAX: 949-489-7903

| Invoice # | Invoice Date | Terms |
|---|---|---|
| 462664 | 3/08/2010 | NET 15 DAYS |

| Federal Id: 93-1153450 | Request No.: | 672856 |
|---|---|---|

Customer Number: MOOR355
Moore & Company

355 Alhambra Circle

Ste 1100
Miami, FL 33134

Facility Information
Neurological Associates Of Tampa Ba

BILLED

## Patient Information

Patient Name: Mark Luther          Group #:
SSN:                                Drs. Name:
Contract Number:                    Treatment Date:          / /
Policy Number:                      Insured Name:
Claim Number:                       Birth Date:
Id #:

| Date | Request # | Breakdown of Fees | Qty | Total |
|---|---|---|---|---|
| 3/08/2010 | 672856 | Clerical Fee | | 0.00 |
| | | Retrieval Fee | | 0.00 |
| | | Electronic Media | | 0.00 |
| | | Copy Pages | 34 | 27.25 |
| | | Shipping/Handling | | 0.00 |
| | | Postage / Electronic Fee: | | $2.07 |
| | | Sales Tax | | 1.77 |
| | | Sub-Total | | $31.09 |
| | | Pre Payments | | 0.00 |
| | | Adjustments | | 0.00 |
| | | Payments | | 0.00 |

| Total Due | 31.09 |
|---|---|

======================================================================

# Diversified Services
## medical records

### Please Remit Payment To:
Diversified Medical Records Services
P.O. Box 239003
Encinitas, CA 92023-9003
Phone: 949-240-6242   FAX: 949-489-7903

| Invoice #: | 462,664 |
|---|---|
| Total Due: | $31.09 |
| Amount Enclosed: | |
| Check #: | |

**\*Please include the invoice # on your check**

# Check Request



## MOORE & CO., P.A.

PROFESSIONAL ASSOCIATIO

Date: 11/10/10

Requested By: JE

Due Date: 11/12/10

Amount: $ 357.10

Send Out: _____

Return To: JE

Payable To:
Lau Lane, Pieper, Conley & McCreadie, P.A.
P.O. Box 838
Tampa, Florida 33601-0838

Client Name: Luther

Client #: 99700.0001

*Billed*

**POSTED**

---

| Payment From | ☐ | Bill As Cost Only | Approving Partner Initials |
|---|---|---|---|
| | | Pay third party upon receipt of client payment | |

☑ Operating Account  ☐ Trust Account - Retainer  ☐ Trust Account - Master Escrow

☐ Corporate Credit Card

**Bill As Cost to Client:**
☐ Yes  ☐ No

Bill As Cost to Client:
☐ Yes  ☐ No

Current Trust Balance: $_____

Current Trust Balance: $_____

| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |
|---|---|---|

---

Payment For:
Photocopy charges for Records

**Finance Department Use**
Date Billed to Client: 11/10/2010
☑ Billed as an Advance Cost
   Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
   **Payable to: Moore & Co., P.A. Trust Account**

---

MOORE & COMPANY, P.A.                                                                 5036

Lau, Lane, Pieper, Conley & McCreadie, PA                    01/03/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/03/2010 | Bill | 2080-10771 | 6.40 | 6.40 | | 6.40 |
| 11/03/2010 | Bill | 2080-10771 | 357.10 | 357.10 | | 357.10 |
| | | | | Check Amount | | 363.50 |

PAYMENT RECORD

Cash in Bank Operati                                                                   363.50

      

604739 (11/10)                007851                                         Rev 10-10

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

## INTERIM BILLING STATEMENT

3 November 2010

Re:     **Mark Luther**
        **Our File No.: 2080-10771**

Photocopy charges for records received from:

1.      University of South Florida

2.      Bayfront Medical Center

*.10 per copy*                          *# 332.10*
3321 copy(ies) at .30 per copy   = $ 996.30
Shipping/Handling:               = $   25.00

## Total Due:                 $ 1021.30   *# 357 ¹⁰*

# PAYMENT IS DUE UPON RECEIPT

| | |
|---|---|
| **From:** | John Curtis |
| **Sent:** | Tuesday, November 09, 2010 9:00 AM |
| **To:** | Michael E. Halkitis |
| **Cc:** | Jessica Elliott; David W. McCreadie |
| **Subject:** | RE: Luther; Bill from Lau Lane |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Michael,

Thanks - understood and agreed.

Best regards,
Johnlee

*************************

Johnlee S. Curtis, Esq.

Moore & Company, PA
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134

Ph: (786) 924-6234 / (305) 482-1099
Fax: (786) 221-0601

www.moore-and-co.net

*************************

**From:** Michael E. Halkitis [mailto:mhalkitis@laulane.com]
**Sent:** Monday, November 08, 2010 5:25 PM
**To:** John Curtis
**Cc:** Jessica Elliott; David W. McCreadie
**Subject:** RE: Luther; Bill from Lau Lane

John—Further to the below email correspondence, we agree to charge the rate of 10 cents per copy plus $25 for shipping and handling for a total of $357.10. We confirm that to avoid future disputes, both Moore & Co. and Lau Lane will charge 10 cents per copy plus shipping and handling for all copy requests in this case.

Please forward this email to your billing representative so we can receive the $357.10 in a timely fashion. Thank you.

Best regards,
Mike Halkitis

**From:** John Curtis [mailto:jcurtis@moore-and-co.com]
**Sent:** Monday, November 08, 2010 4:40 PM
**To:** Michael E. Halkitis
**Cc:** Jessica Elliott
**Subject:** FW: Luther; Bill from Lau Lane

1

Mike,

Per the attached bill, we'd be happy to pay for the copies at a rate of 10 cents per copy and up to $25 for shipping and handling for a total of $357.10. Agreed? We were not provided notice that the copies would be charged at 30 cents per page, and would have had you send them to Kinkos or any number of copy shops that charge 10 cents per page if we had known of your firm's relatively high rate.

Best regards,
Johnlee

**************************

Johnlee S. Curtis, Esq.

Moore & Company, PA
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134

Ph: (786) 924-6234 / (305) 482-1099
Fax: (786) 221-0601

www.moore-and-co.net

**************************

**From:** Jessica Elliott
**Sent:** Monday, November 08, 2010 4:34 PM
**To:** John Curtis
**Subject:** RE: Luther; Bill from Lau Lane

Attached is the bill.



MOORE
&
C O M P A N Y

Jessica Elliott
Paralegal
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO: beortes@moore-and-co.com AND KINDLY DELETE THIS MESSAGE.

**From:** John Curtis
**Sent:** Monday, November 08, 2010 4:32 PM
**To:** Jessica Elliott
**Subject:** RE: Luther; Bill from Lau Lane

Can you forward me their bill via e-mail?

Best regards,
Johnlee

**************************

Johnlee S. Curtis, Esq.

Moore & Company, PA
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134

Ph: (786) 924-6234 / (305) 482-1099
Fax: (786) 221-0601

www.moore-and-co.net

**************************

# Check Request



**MOORE & CO., P.A.**
PROFESSIONAL ASSOCIAT

| | |
|---|---|
| Date: | |
| Requested By: JG | |
| Due Date: 1/14/11 | |
| Amount: $ 1.60 | |
| Send Out: yes | |
| Return To: | |

**Payable To:**
LAU, LANE, PIEPER CONLEY &
McCREADIE, P.A.
P.D. Box 838
Tampa, FL 33601-0838

**POSTED**

**Client Name:** Luther

**Client #:** 99770.0001

Billed

---

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

*Approving Partner Initials*

| | | |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ **Trust Account - Master Escrow** |
| ☐ Corporate Credit Card | **Bill As Cost to Client:** ☐ Yes ☐ No | |
| **Bill As Cost to Client:** ☑ Yes ☐ No | Current Trust Balance: $ | Current Trust Balance: $ |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

---

**Payment For:**
Photocopy of records from Petito Eye Care
invoice dated 11.3.10

**Finance Department Use**
Date Billed to Client: 1/10/11
☐ Billed as an Advance Cost
  Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
  **Payable to: Moore & Co., P.A. Trust Account**
  **Payment Received From Client:**

---

MOORE & COMPANY, P.A.

Lau, Lane, Pieper, Conley & McCreadie, PA

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/03/2010 | Bill | 2080-10771 | 1.60 | 1.60 | | 1.60 |
| 02/03/2011 | Bill | 02/03/2011 | 40.30 | 40.30 | | 40.30 |
| | | | | | Check Amount | 41.90 |

5113

02/24/2011

PAYMENT RECORD

41.90

Cash in Bank Operati

007851

Rev 10/10

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

## INTERIM BILLING STATEMENT

3 November 2010

Re:   **Mark Luther**
      Our File No.: 2080-10771

Photocopy charges for records received from:

1.      Petito Eye Care

6 copy(ies) at .10 per copy      = $ 0.60
Shipping/Handling:               = $ 1.00

## Total Due:                    $1.60

# PAYMENT IS DUE UPON RECEIPT



# Check Request

BILLED

POSTED

## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATIO

Date: 02.03.11

Requested By: BC

Due Date: 02.04.11

Amount: $ 40.30

Send Out: ✓

Return To: _____

Payable To:
Fau, Lane, Pieper, Conley,
+ McCleaLie, P.A.
P.O. Box 838
Tampa, FL
33601-0838

POSTED

Client Name: Luther

Client #: 99700.0001

1040

---

| Payment From | ☐ Bill As Cost Only<br>Pay third party upon receipt of client payment | Approving Partner<br>Initials |
|---|---|---|
| ☑ Operating Account<br><br>☐ Corporate Credit Card<br><br>Bill As Cost to Client:<br>☑ Yes ☐ No | ☐ Trust Account - Retainer<br><br>Bill As Cost to Client:<br>☐ Yes ☐ No<br><br>Current Trust Balance: $_____ | ☐ Trust Account - Master Escrow<br><br>Current Trust Balance: $_____ |
| Approving Partner<br>Initials | Approving Partner<br>Initials | Approving Partner<br>Initials |

---

Payment For:
Copies of records

Finance Department Use
Date Billed to Client:    02.03.11
☑ Billed as an Advance Cost
    Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
    Payable to: Moore & Co., P.A. Trust Account
    Payment Received From Client:
Date Paid by Client:
Date: _____ Check No. _____

---

*Payment can not be made without supporting documentation. Please attach all supporting
documentation i.e. invoice, statement, letter or email to this check request.
MTM approval required for disbursements over $400.00.*

Attach
Payment Record
Here

99700.0001
Luther

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

 BILLED

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

### INTERIM BILLING STATEMENT

~~3 November 2010~~ 02.03.11

Re:  **Mark Luther**
     **Our File No.: 2080-10771**

Photocopy charges for records received from:

1.   Suncoast Eye Clinic
2.   Dr. Neil Feldman
3.   The Little Clinic
4.   Christopher Nelson MD
5.   Internal Revenue Service
6.   Surgical Pathology Lab
7.   Center for Digestive Disease
8.   Bay Way Family Practice
9.   Osama Suliman MD
10.  Bayfront Convenient Care Clinics (4th Street)

353 copy(ies) at .10 per copy   = $ 35.30
Shipping/Handling:              = $  5.00

## Total Due:                   $40.30

# PAYMENT IS DUE UPON RECEIPT

# CREDIT CARD
# TRANSACTION FORM



BILLED

## MOORE & CO., P.A.

Date: 3.30.11

Amount: $ 96.48

Vendor: Bluewater Book +
Chart
1811 Cordova Road
Ft. Lauderdale, FL
33316

Client Name: Luther

Client #: 99700.0001

---

**Billed to Client:**

☑ Yes ☐ No

Initials: BC

☐ Master Card

☑ American Express

**Posted in Credit Card Log:**

☑ Yes ☐ No

Initials: BC

---

Description:
Charts -                                    Safety

∂ 50 6W 11416 - Tampa Bay Harbor
∂ 50 6W 11416 -   "     "  0 + Approaches
∂5 06W 11412 -   "     "   -
St. Joseph Sound.

**Finance Department Use**

Date Billed to Client: 3.30.11

☑ Billed as an Advance Cost
Payable to Moore & Co., P.A.

---

*Please attach all supporting documentation i.e. invoice, statement,
electronic payment confirmation*

**Bluewater**
BOOKS & CHARTS
811 Cordova Road, Ft. Lauderdale, FL 33316 USA
TEL: (954) 763-6533 ▾ FAX: (954) 522-2278
Toll Free 1-800-942-2583

Lother - 99 700. 000 l

**PACKING LIST**

ACCOUNT #: 0001003417    ORD.#: P010825700019

BILLED

ACCOUNT #: 0001003417    ORD.#: P010825700019
BILL TO:
MICHAEL T. MOORE
MOORE & COMPANY
(786) 221-0600
355 ALHAMBRA CIRCLE, STE 1100
CORAL GABLES, FL 33134

SHIP TO:

MICHAEL T. MOORE
MOORE & COMPANY
(786) 221-0600
355 ALHAMBRA CIRCLE, STE 1100
CORAL GABLES, FL 33134

(786) 221-0600

| QTY | ITEM NO. | DESCRIPTION | UNIT PRICE | EXT. PRICE | WHSE. L |
|---|---|---|---|---|---|
| 1 4 | 25 OGW11416 | OGW 11416 TAMPA BAY SAFETY HARBOR ST PETERSBURG | 26.95 | 26.95 | STAGING |
| 1 4 | 25 OGW11415 | OGW 11415 TAMPA BAY AND APPROACHES | 26.95 | 26.95 | STAGING |
| 1 4 | 25 OGW11412 | OGW 11412 TAMPA BAY AND ST JOSEPH SOUND | 26.95 | 26.95 | STAGING |

03/29/11 TE0503FLSCOTT    03/29/11 0000071684 03 01

Net Product $        80.85
Sales Tax             5.68
P & H                 9.95
Total Shipment $     96.48
Amt Charged to AX    96.48

THANKS FROM     SCOTT BAGNALL

FORM NO. CPC-MAX2 (1-06)



**Bluewater**
BOOKS & CHARTS
1811 Cordova Road
Ft. Lauderdale, FL 33316 USA

MICHAEL T MOORE
MOORE & COMPANY
(786) 221-0600
355 ALHAMBRA CIRCLE  STE 1100
**CORAL GABLES FL 33134**

Order# P01082570001

# Check Request

BILLED



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

Date: 01.14.11

Requested By: BC

Due Date: 01.21.11

Amount: $ 3.40

Send Out: ✓

Return To: _____

Payable To:
Lau, Lane, Pieper, Conley
& McCreadie, P.A.
P.O. Box 838
Tampa, FL
33601-0838

1040

Client Name: Luther

Client #: 99700.0001

**POSTED**

---

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

☑ Operating Account

☐ Corporate Credit Card

Bill As Cost to Client:
☑ Yes  ☐ No

☐ Trust Account - Retainer

Bill As Cost to Client:
☐ Yes  ☐ No

Current Trust Balance: $_____

☐ Trust Account - Master Escrow

Current Trust Balance: $_____

Approving Partner Initials

Approving Partner Initials

Approving Partner Initials

---

Payment For:
Records from
USF Health -
Ameripath
Gulfcoast Dermatopathology
Per Request for Copies.

Finance Department Use
Date Billed to Client: 1.14.11
☑ Billed as an Advance Cost
    Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
    Payable to: Moore & Co., P.A. Trust Account
    Payment Received From Client:

5078

---

MOORE & COMPANY, P.A.

Lau, Lane, Pieper, Conley & McCreadie, PA

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| | | | | 01/26/2011 | | 3.40 |
| 01/14/2011 | Bill | 01/14/2011 | 3.40 | 3.40 | | 3.40 |
| | | | | | Check Amount | |



3.40

Cash in Bank Operati

007851

664739 (11/10)

Rev 10/10



LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.
P. O. BOX 838
TAMPA, FLORIDA 33601-0838
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

## INTERIM BILLING STATEMENT

3 November 2010

Re:   **Mark Luther**
      **Our File No.: 2080-10771**

Photocopy charges for records received from:

     1.      USF Health – University of South Florida
     2.      Ameripath
     3.      Gulfcoast Dermatopathology

24 copy(ies) at .10 per copy    = $ 2.40
Shipping/Handling:            = $ 1.00

# Total Due:           $3.40

# PAYMENT IS DUE UPON RECEIPT

# Check Request

 BILLED


MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 06/06/2011 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 06/10/2011 | Payable To: | Lau, Lane, Pieper, Conley & McCreadle, P.A. P.O. Box 838 Tampa, FL 33601-0838 |
| Amount: | $9.50 | | |
| Send Out: | 06/10/2011 | | POSTED |
| Return To: | Send Out | | |

## Payment From

□ **Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

| | | |
|---|---|---|
| ■ Operating Account | □ Trust Account - Retainer | □ **Trust Account - Master Escrow** |
| □ Corporate Credit Card | Bill As Cost to Client: □ Yes □ No | Current Trust Balance: |
| Bill As Cost to Client: ■ Yes □ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

| Payment For: Interim Billing Statement dated 06.01.11 - in the amount of $9.50 - | Finance Department Use |
|---|---|
| | Date Billed to Client: 06/06/2011 |
| | ■ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | □ Billed to recover Trust Payment |
| | Payable to: Moore & Co. P.A. Trust Account |

---

**MOORE & COMPANY, P.A.**                                                                 **5256**
Lau, Lane, Pieper, Conley & McCreadie, PA

| | | | | | 06/10/2011 | | |
|---|---|---|---|---|---|---|---|
| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
| 04/18/2011 | Bill | | | 24.40 | 24.40 | | 24.40 |
| 06/06/2011 | Bill | | | 9.50 | 9.50 | | 9.50 |
| | | | | | | Check Amount | 33.90 |

PAYMENT RECORD

Cash in Bank Operati                                                                          33.90


604739 (11-10)


007851


Rev 10/10

 

700, 0001

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

*Luther, Mark*

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134



---

### INTERIM BILLING STATEMENT
June 1, 2011

Re:    **Mark Luther**
       **Our File No.: 2080-10771**

Photocopy charges for records received from:

    1.      Tampa Bay Specialty Surgery Center
    2.      Dr. Kirk Jobe

28 copy(ies) at .10 per copy    = $ 8.40
Shipping/Handling:          = $ 1.50

## Total Due:                          $ 9.50

# PAYMENT IS DUE UPON RECEIPT

# Check Request

 Billed


Date: 4/18/2011

Requested By: JE

Due Date: 5/6/2011

Amount: $ 24 40

Send Out: Yes

Return To: _____

POSTED   POSTED

Payable To:
Lau, Lane, Pieper, Conley
& McCreadie, P.A.
P.O. Box 838
Tampa, Florida 33601-0838

Client Name: Luther
Client #: 99700.0001

---

## Payment From    ☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

☒ Operating Account

☐ Corporate Credit Card

**Bill As Cost to Client:**
☒ Yes  ☐ No

☐ Trust Account - Retainer

**Bill As Cost to Client:**
☐ Yes  ☐ No

Current Trust Balance: $_____

☐ Trust Account - Master Escrow

Current Trust Balance: $_____

| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |
|---|---|---|

---

**Payment For:**
Photocopy Charges for records:
Invoice dated 4.5.11
Invoice dated 4.11.11

**Finance Department Use**
Date Billed to Client: _____
☐ Billed as an Advance Cost
  Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
  Payable to: Moore & Co., P.A. Trust Account
  **Payment Received From Client:**
Date Paid by Client:
Date: _____  Check No. _____

---

*Payment can not be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request.*
*MTM approval required for disbursements over $400.00.*

Attach
Payment Record
Here

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

**INTERIM BILLING STATEMENT**
April 5, 2011

Re:   **Mark Luther**
      **Our File No.: 2080-10771**

Photocopy charges for records received from:

1.    Bayfront Occupational Health
2.    Bayfront Medical Center (billing)
3.    Bayfront Family Health Center
4.    USF Health
5.    Mayo Clinic
6.    Dr. Thornton
7.    Publix Pharmacy
8.    Kirk Jobe MD
9.    Dr. Christopher Nelson

148 copy(ies) at .10 per copy   = $ 14.80
Shipping/Handling:              = $  5.00

**Total Due:**                **$ 19.80**

# PAYMENT IS DUE UPON RECEIPT



**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

Johnlee S. Curtis. Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

**INTERIM BILLING STATEMENT**
April 11, 2011

Re: **Mark Luther**
**Our File No.: 2080-10771**

Photocopy charges for records received from:

    1.    Pinellas County EMS

12 copy(ies) at .10 per copy    = $ 3.60
Shipping/Handling:    = $ 1.00

# Total Due:     $ 4.60

# PAYMENT IS DUE UPON RECEIPT

# Check Request 



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 07/01/2011 | Client Name: | LUTHER, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 07/08/2011 | Payable To: | Lau, Lane, Pieper, Conley & McCreadle, P.A. P.O. Box 838 Tampa, FL 33601-0838 |
| Amount: | $2.80 | | **POSTED** |
| Send Out: | X | | |
| Return To: | | | |

---

### Payment From   ☐ Bill As Cost Only
Pay third party upon receipt of client payment

Approving Partner Initials

| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
|---|---|---|
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes  ☐ No | Current Trust Balance: |
| Bill As Cost to Client: ■ Yes  ☐ No | Current Trust Balance: | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

---

**Payment For:** Interim Billing Statement dated 06.28.11 - photocopy charges for records received from Dr. Christos Politis - $2.80

| Finance Department Use | |
|---|---|
| Date Billed to Client: 07/01/2011 | |
| ■ Billed as an Advance Cost Payable to Moore & Co., P.A. | |
| ☐ Billed to recover Trust Payment | |
| Payable to: Moore & Co., P.A. Trust Account | |
| Payment Received From Client: | |
| Date Paid by Client: | |
| Check Number: | |

**Payment cannot be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request. MTM approval required for disbursements over $400.00.**

Attach
Payment Record
Here

99700.0001
Luther, Mark

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134



---

### INTERIM BILLING STATEMENT
June 28, 2011

Re:     **Mark Luther**
        **Our File No.: 2080-10771**


Photocopy charges for records received from:

    1.    Dr. Christos Politis


6 copy(ies) at .10 per copy     = $ 1.80
Shipping/Handling:              = $ 1.00

## Total Due:                    $ 2.80

# PAYMENT IS DUE UPON RECEIPT

# Check Request



**BILLED**

## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| Date: | 08/01/2011 | Client Name: | Luther, Mark |
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 08/05/2011 | Payable To: | Lau, Lane, Pieper, Conley & McCreadie, P.A. P.O. Box 838 Tampa, FL 33601-0838 |
| Amount: | $7.60 | | |
| Send Out: | X | | **POSTED** |
| Return To: | | | |

| Payment From | ☐ **Bill As Cost Only** Pay third party upon receipt of client payment | | Approving Partner Initials |
|---|---|---|---|
| ☑ Operating Account ☐Corporate Credit Card **Bill As Cost to Client:** ☑ Yes ☐ No *Approving Partner Initials* | ☐ Trust Account - Retainer Bill As Cost to Client: ☐ Yes ☐ No Current Trust Balance: *Approving Partner Initials* | ☐ Trust Account - Master Escrow Current Trust Balance: *Approving Partner Initials* | |

| Payment For: Interim Billing Statement, dated 07.25.11 - photocopy charges for records received from St. Pete Urology, Bayway Family Practice, Bayfront Convenient Care, Dr. Kevin Creed, Dr. | Finance Department Use |
|---|---|
| | Date Billed to Client: 08/01/2011 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |

**MOORE & COMPANY, P.A.**

Lau, Lane, Pieper, Conley & McCreadie, PA                           **5414**

| Date | Type | Reference | Original Amt. | Balance Due | 08/10/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 06/28/2011 | Bill | | 2.80 | 2.80 | | 2.80 |
| 08/04/2011 | Bill | | 7.60 | 7.60 | | 7.60 |
| | | | | | Check Amount | 10.40 |

Cash in Bank Operati

10.40

PAYMENT RECORD

604739 (11:10)                    007851                    Rev 10/10

99700.0001
Luther

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
**Tax No.: 59-2132119**



Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

### INTERIM BILLING STATEMENT
July 25, 2011

Re:   **Mark Luther**
      **Our File No.: 2080-10771**

Photocopy charges for records received from:

  1.   St. Pete Urology
  2.   Bayway Family Practice
  3.   Bayfront Convenient Care
  4.   Dr. Kevin Creed
  5.   Dr. Amy Kohler

22 copy(ies) at .10 per copy    = $ 6.60
Shipping/Handling:              = $ 1.00

## Total Due:              $ 7.60

# PAYMENT IS DUE UPON RECEIPT

BILLED

BILLED

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

---

### INTERIM BILLING STATEMENT
August 11, 2011

Re:  **Mark Luther**
     **Our File No.: 2080-10771**

Photocopy charges for records received from:

1. Bayfront Trauma & Acute Surgery
2. Dr. Kevin Creed

46 copy(ies) at .10 per copy   = $ 13.80
Shipping/Handling:              = $  3.00

## Total Due:                      $ 16.80

# PAYMENT IS DUE UPON RECEIPT

*[handwritten notes:]* 8.15.11 – 4:00 p.m. Do Not pay Per Dorothy Morrism @ Lau, Lane — Was sent w/ wrong Not. of Compliance. wrong case Buxton v. Cape Canaveral

# Check Request

**BILLED**



**MOORE & CO., P.A.**

PROFESSIONAL ASSOCIATION

Date: _03.24.11_

Requested By: _BC_

Due Date: _02.28.11_

Amount: $ _45.20_

Send Out: _✓_

Return To: _____

**Payable To:**
_Lau Lane Pieper,_
_Conley + McCreadie, P.A._
_P.O. Box 838_
_Tampa, Fl_
_33601-0838_

POSTED

**Client Name:** _Luther_

**Client #:** _99700.0001_

1040

---

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

☑ Operating Account

☐ Corporate Credit Card

Bill As Cost to Client:
☑ Yes  ☐ No

☐ Trust Account - Retainer

Bill As Cost to Client:
☐ Yes  ☐ No

Current Trust Balance: $_____

☐ Trust Account - Master Escrow

Current Trust Balance: $_____

Approving Partner Initials

Approving Partner Initials

Approving Partner Initials

---

Payment For:
_Docs received on 2.17.11 –_
_St. Anthony's Hospital_
_Bayfront Convenient Care Clinics_
_Mayo Clinic_
_Public Pharmacy_
_SSA – Florida_

**Finance Department Use**
Date Billed to Client: _2.24.11_
☑ Billed as an Advance Cost
Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
**Payable to: Moore & Co., P.A. Trust Account**

---

**MOORE & COMPANY, P.A.**
Lau, Lane, Pieper, Conley & McCreadie, PA

**5148**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 02/24/2011 | Bill | | 45.20 | 45.20 | | 45.20 |

04/01/2011

Check Amount    45.20

PAYMENT RECORD

Cash in Bank Operati

45.20

BILLED

**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

---

**INTERIM BILLING STATEMENT**
17 Feb, 2011
~~3 November 2010~~

Re:   **Mark Luther**
      **Our File No.: 2080-10771**

Photocopy charges for records received from:

    1.   St. Anthony's Hospital
    2.   Bayfront Convenient Care Clinics
    3.   Mayo Clinic
    4.   Publix Pharmacy
    5.   SSA – Earnings
    6.   Florida Department of Workers' Compensation
    7.   Bayway Family Practice
    8.   Petito Eye Care
    9.   Gulf Coast Dermatopathology


    352 copy(ies) at .10 per copy    = $ 35.20
    Shipping/Handling:               = $ 10.00

# Total Due:                    $45.20

# PAYMENT IS DUE UPON RECEIPT

docs received → 2.17.11

# Check Request

*Super Rush !*



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| Date: | 11/10/2011 | Client Name: | Luther, Mark |
| Requested By: | Sheila DeLeon | Client #: | 99700.00 |
| Due Date: | 11/10/2011 | Payable To: | MD Copy Service<br>P.O. Box 7593<br>Seminole, FL 33775 |
| Amount: | $38.60 | | **POSTED** |
| Send Out: | | | |
| Return To: | Sheila DeLeon | | |

## Payment From
☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

*Approving Partner Initials*

| Payment From | Trust Account - Retainer | Trust Account - Master Escrow |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>☑ Yes ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

| Payment For: Prepayment request for medical records from Glenn S. Fuoco, D.O., Tampa Bay Orthopedic Specialists. | Finance Department Use |
|---|---|
| | Date Billed to Client: 11/10/2011 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

PAYMENT RECORD

**MOORE & COMPANY, P.A.**                                                                 5562

MD Copy Service                                                11/10/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/10/2011 | Bill | | 38.60 | 38.60 | | 38.60 |
| | | | | | Check Amount | 38.60 |

Cash in Bank Operati                                                                      38.60

04739 (11/10)                    007851                                           Rev 16-16

# MD COPY SERVICE
## PREPAYMENT REQUEST

Date: 11-10-11

Dear Requestor:

MD COPY SERVICE has contracted its services to _Glenn S. Fuoco, DO_  _Tampa Bay Orthopedic Specialists_ (Facility)

located at _6500 66th St. N    Pinellas Park, FL  33781_

_709 16th St. N. St. Petersburg, FL  33701_ (Address)

MD COPY SERVICE is an independent company that copies authorized third party requests for medical records. Copies are made from original records held at this medical facility.

In order to process this request, prepayment is required.

Patient: _Mark E. Luther_
Case/Claim #: _8:09-cv-2267-T26 TGW_
DOB: _____

Records requested by _Shelia DeLeon_ with
_Moore + Co_

COMMENTS: _____
_____
_____
_1-786-221-0601_

### FEE SCHEDULE

| | |
|---|---|
| Basic Fee: | 1.00 per pg |
| Total Pages: | 16 |
| Copy Charge: | 16.00 |
| Postage: | 1.48 |
| Tax: | 1.12 |
| ~~Partial Payment:~~ | 20.00 notary fee |
| Total Amount Due: | 38.60 |

### REMIT CHECK TO:
MD COPY SERVICE
P.O. BOX 7593
SEMINOLE, FL  33775
Phone: (727) 595-5388. Fax: (727) 595-5402
Tax I.D. # 20-2682097

**PLEASE RETURN PREPAYMENT FORM WITH REMITTANCE. THANK YOU.**

# Check Request

 BILLED

MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| Date: | 11/16/2011 | Client Name: | Luther, Mark |
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 11/18/2011 | Payable To: | Pinellas Physiatry Associates, P.A.<br>3160 5th Avenue North<br>Suite 135<br>St. Petersburg, FL  33713 |
| Amount: | $92.30 | | |
| Send Out: | X | | POSTED |
| Return To: | | | |

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

☐ Approving Partner Initials

■ Operating Account

☐ Corporate Credit Card

Bill As Cost to Client:
■ Yes   ☐ No

*Approving Partner Initials*

☐ Trust Account - Retainer

Bill As Cost to Client: ☐ Yes   ☐ No

Current Trust Balance:

*Approving Partner Initials*

☐ Trust Account - Master Escrow

Current Trust Balance:

*Approving Partner Initials*

Payment For: Invoice dated 11.09.11 for copies of medical records from Kevin Creed, M.D.

**Finance Department Use**

Date Billed to Client: 11/16/2011

■ Billed as an Advance Cost Payable to Moore & Co., P.A.

☐ Billed to recover Trust Payment

Payable to: Moore & Co., P.A. Trust Account

---

MOORE & COMPANY, P.A.
Pinellas Physiatry                                                    **5613**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| | | | | 12/13/2011 | | |
| 11/16/2011 | Bill | 11-9-11 | 92.30 | 92.30 | | 92.30 |
| | | | | | Check Amount | 92.30 |

PAYMENT RECORD

Cash in Bank Operati                                                   92.30

**Marc Reiskind, MD**
*Fellow American Academy of
Physical Medicine & Rehabilitation*



**Kevin Creed, MD**
**Annette Eichenbaum, DO**
*Associates American Academy of
Physical Medicine & Rehabilitation*

**Medical Rehabilitation • Brain & Spinal Cord Injury • Musculoskeletal Medicine • Electrodiagnosis • Osteopathic Manipulation**

DATE: 11-9-11

BILLED

TO: Sheila DeLeon

**COPY CHARGES**
**ENCLOSED ARE THE RECORDS YOU REQUESTED ON OUR PATIENT**

Mark Luther

THE CHARGE FOR THIS IS AS FOLLOWS:

$1.00 PER PAGE UP TO 25 PAGES. THEN $.25 PER ADDITIONAL PAGE
FOR NON WORKERS COMP PATIENTS.

FOR WORKERS COMP PATIENTS, WE ACCEPT THE WORKERS COMP
FEE SCHEDULE.

| | |
|---|---|
| FIRST 25 PAGES @ $1.00 | 165 @ $.50 = $82.50 |
| PAGES OVER 25 @ $.25 | 0 |
| TOTAL PAGES | 165 |
| POSTAGE | $9.80 |
| TOTAL CHARGES | $92.30 |

SEND PAYMENT TO:

PINELLAS PHYSIATRY ASSOCIATES, P.A.
3160 5TH AVENUE NORTH, SUITE 135
ST. PETERSBURG, FL 33713
727-327-2600
TAX ID #: 593-3409081

# Check Request

 BILLED

 MOORE & CO., P.A. PROFESSIONAL ASSOCIATION

| Date: | 11/18/2011 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 11/23/2011 | Payable To: | Gulf Coast Psychotherapy<br>P.O. Box 47918<br>St. Petersburg, FL 33743-7918 |
| Amount: | $52.00 | | |
| Send Out: | X | | *POSTED* |
| Return To: | | | |

## Payment From

**☐ Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
|---|---|---|
| ☐ Corporate Credit Card | **Bill As Cost to Client:** ☐ Yes ☐ No | Current Trust Balance: |
| **Bill As Cost to Client:**<br>☑ Yes ☐ No | Current Trust Balance: | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

| Payment For: Invoice/Account Statement dated 11.18.11 for copies of Progress records 52 pages. | Finance Department Use |
|---|---|
| | Date Billed to Client: 11/18/2011 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

**MOORE & COMPANY, P.A.**

5610

Gulf Coast Psychotherapy

12/13/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/18/2011 | Bill | | 52.00 | 52.00 | | 52.00 |
| | | | | | Check Amount | 52.00 |

*PAYMENT RECORD*

Cash in Bank Operati

52.00

 

GULF COAST PSYCHOTHERAPY
PO BOX 47918     ST. PETERSBURG, FL 33743-7918
TEL: 727-322-6123
FAX: 727-322-6143

STEVEN M. FRANK, PH.D.
ANITA L. LENAS, LCSW

ALSO PRACTICING AT THIS ADDRESS:
KARA M. HENDRY, PSY.D, P.A.
PATRICIA S. DIXON, PSY.D.

# INVOICE/ACCOUNT STATEMENT

Name:            Moore and Company

Address:         355 Alhambra Circle
                 Suite 1100
                 Coral Gables, FL 33134

BILLED

Statement Date:  11/18/11

RE:              Mark Luther
                 DOB 1/20/1954
                 Process records

| Date | Service | Total charges | Payment Due | Payment Received | Payment Due |
|------|---------|---------------|-------------|------------------|-------------|
| 11/18/2011 | Process records 52 pages @ $1.00 | $52.00 | $52.00 | $0 | $52.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | $52.00 | $52.00 | $0 | $52.00 |
|  |  |  | Total amount due: |  | $52.00 |

**Payment due upon receipt of bill.**  Please make checks payable to:
Gulf Coast Psychotherapy.  Send payment to address listed above. Tax ID 06-1825809

# MOORE & COMPANY, P.A.

## www.moore-and-co.net

355 Alhambra Circle, Suite 1100
Miami (Coral Gables), Florida 33134
Telephone: 786-221-0600
Facsimile: 786-221-0601
Email: sdeleon@moore-and-co.net

## FAX

| TO:  Steven M. Frank, Ph.D. | FROM:  Sheila DeLeon, |
| Gulf Coast Psychotherapy | Paralegal |

| ATTN: | PAGES:   (including coversheet) |
| | DATE:   November 17, 2011 |
| FAX #  (727) 322-6123 | |
| TEL #: (727) 322-6143 | RE:   *Luther vs. Ouro Do Brasil* |

__ Urgent ___ For Review ___ Please Comment ___ Please Reply ___ Please Recycle

**MESSAGE:**

Dr. Frank,
As per your request, please see the attached Authorization to Disclose Health Information
directed to Steven M. Frank, Ph.D. executed on November 11, 2011.  Please advise if
you require anything further in order to provide us with the records and the signed and
notarized Verification of records.  Thank you.

**NOTE** The information contained in this facsimile message may be privileged or confidential
information.  It is intended only for the use of the individual or entity named above.  If the reader
of this message is not the intended recipient, or the employer or agent responsible for delivery of it
to the intended recipient, you are hereby notified that any dissemination, distribution or copying
of this communication is neither intended nor permissible.  If you have received this
communication in error, please immediately notify us by telephone at the above number (call
collect), and return the original you receive to us at the above address via the U.S. postal service.

GULF COAST PSYCHOTHERAPY
P.O. BOX 47918    ST. PETERSBURG, FL 33743-7918
TEL: 727-322-6123
FAX: 727-322-6143

STEVEN M. FRANK, PH.D.
ANITA L. LENAS, LCSW

ALSO PRACTICING AT THIS LOCATION:
KARA M. HENDRY, PSY.D, P.A.
PATRICIA S. DIXON, PSY.D.

# FAX COMMUNICATION

### from

X  Steven M. Frank, Ph.D.                 ___ Anita L. Lenas, LCSW

___ Kara M. Hendry, Psy.D., P.A.          ___ Patricia S. Dixon, Psy.D.

The following transmission may contain information of a CONFIDENTIAL nature, and redisclosure of this information without authorization may be prohibited by law.

DATE: _11/18/11_

TO: _Sheila DeLeon, Paralegal_
    _Moore & Company_

FAX: _786 - 221 - 0601_

PHONE: _____

Number of pages including coversheet _3_

NOTES:



*Handwritten: 99700.0001 Luther Billing*

## MD Copy Service, Inc.

P.O. Box 7593
Seminole, FL 33775-7593
Tax I.D.#: 20-2682097

**Invoice**

| Date | Invoice # |
|------|-----------|
| 11/22/2011 | 59302 |

| Bill To |
|---------|
| Moore & Company, P.A. |
| 355 Alhambra Circle |
| Suite 1100 |
| Miami, Florida 33134 |

*Handwritten: Paid in Advance*

| | P.O. No. | Terms | Project |
|---|----------|-------|---------|
| | | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 16 | Copy Fee- medical records of Mrk E. Luther from Dr. Glenn Fuoco/Tampa Bay Orthopedic Specialists | 1.00 | 16.00T |
| | Certification Fee | 20.00 | 20.00 |
| | Postage | 1.48 | 1.48 |
| | Advance Payment-Ck.#5562 | -38.60 | -38.60 |
| | Pinellas Cty, Sales Tax | 7.00% | 1.12 |

| Thank you for your business. | Total | $0.00 |
|------------------------------|-------|-------|

# Check Request

BILLED


MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

Date: _11. 23. 10_

Requested By: _BC_

Due Date: _11. 24. 10_

Amount: $ _6.40_

Send Out: _✓_

Return To: _____

Payable To: _Kane, Lane, Piesey, Conley_
_& McClughie, P.A._
_P.O. Box 838_
_Tampa, FL_
_33601 - 0838_

POSTED

Client Name: _Luther, Mark_

Client #: _99700. 0001_

---

| **Payment From** | ☐ **Bill As Cost Only** Pay third party upon receipt of client payment | **Approving Partner Initials** |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: $_____ |
| Bill As Cost to Client: ☑ Yes ☐ No | Current Trust Balance: $_____ | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

---

Payment For:
_Photocopy Charges for_
_records received from:_
_University of So. Fl. +_
_Tampa Medical Center_
_(Interim Billing)_
_Statement dated 11.3.10_

**Finance Department Use**
Date Billed to Client: _11.3.10_
☑ Billed as an Advance Cost
   Payable to Moore & Co., P.A.
☐ Billed to recover Trust Payment
   Payable to: Moore & Co., P.A. Trust Account
   Payment Received From Client:
Date Paid by Client:
Date: _____ Check No. _____

---

*Payment can not be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request.*
*MTM approval required for disbursements over $400.00.*

Attach
Payment Record
Here



**LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.**
**P. O. BOX 838**
**TAMPA, FLORIDA 33601-0838**
Tax No.: 59-2132119

Johnlee S. Curtis, Esquire
Michael T. Moore, Esquire
Moore & Company, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134

---

## INTERIM BILLING STATEMENT

3 November 2010

Re:    **Mark Luther**
       **Our File No.: 2080-10771**


Photocopy charges for records received from:

    1.      University of South Florida

    2.      Bayfront Medical Center


39 copy(ies) at .10 per copy    = $ 3.90
Shipping/Handling:            = $ 2.50

# Total Due:              $ 6.40

# PAYMENT IS DUE UPON RECEIPT

# Check Request

 BILLED


**MOORE & CO., P.A.**
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| Date: | 11/29/2011 | Client Name: | Luther, Mark |
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 11/30/2011 | Payable To: | HealthPort<br>P.O. Box 409740<br>Atlanta, GA 30384-9740 |
| Amount: | $23.43 | | |
| Send Out: | X | | **POSTED** |
| Return To: | | | |

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

*Approving Partner Initials*

| Payment From | Bill As Cost Only | Trust Account - Master Escrow |
|---|---|---|
| ■ Operating Account | ☐ Trust Account - Retainer | ☐ **Trust Account - Master Escrow** |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>■ Yes ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

**Payment For:** Invoice No. 0100300861, dated 11.11.11 - copies of medical records from Sun Coast Medical Clinic.

**Finance Department Use**

**Date Billed to Client:** 11/29/2011

■ Billed as an Advance Cost Payable to Moore & Co., P.A.

☐ Billed to recover Trust Payment

Payable to: Moore & Co., P.A. Trust Account

---

**MOORE & COMPANY, P.A.**                                                                 5611
  Healthport                                              12/13/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/29/2011 | Bill | 0100300861 | 23.43 | 23.43 | | 23.43 |
| | | | | | Check Amount | 23.43 |

Cash in Bank Operati                                                                          23.43



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# INVOICE

**Invoice #:** 0100300861
**Date:** 11/11/2011
**Customer #:** 1629327

| Ship to: | Bill to: | Records from: |
|---|---|---|
| SHEILA DELEON<br>MOORE AND COMPANY PA<br>355 ALHAMBRA CIRCLE STE 1100<br>CORAL GABLES, FL 33134 | SHEILA DELEON<br>MOORE AND COMPANY PA<br>355 ALHAMBRA CIRCLE STE 1100<br>CORAL GABLES, FL 33134 | SUN COAST MEDICAL CLINIC<br>601 7TH STREET SOUTH<br>ST PETERSBURG, FL 33701 |

**BILLED**

**Requested By:** MOORE AND COMPANY PA
**Patient Name:** LUTHER MARK E

**SSN:** *****5429
**DOB:** 012054

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 20 | 1.00 | 20.00 |
| Shipping | | | 1.90 |
| Subtotal | | | 21.90 |
| Sales Tax | | | 1.53 |
| Invoice Total | | | 23.43 |
| Balance Due | | | 23.43 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

**Please remit this amount : $ 23.43 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0100300861

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com

*Super Rush*

# Check Request

**BILLED**



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 12/14/2011 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Sheila DeLeon | Client #: | 99700.0001 |
| Due Date: | 12/15/2011 | Payable To: | BlueCross BlueShield of Florida |
| Amount: | $45.00 | | |
| Send Out: | | | |
| Return To: | Sheila DeLeon | | |

---

### Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

| | | |
|---|---|---|
| ■ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>■ Yes ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

---

| Payment For: Medical Records - for Mark E. Luther - prepayment.<br><br>Tax ID 59-2015694 - BCBS | **Finance Department Use** |
|---|---|
| | Date Billed to Client: 12/14/2011 |
| | ■ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

MOORE & COMPANY, P.A.

5620

BlueCross BlueShield of Florida                     12/14/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/14/2011 | Bill | | 45.00 | 45.00 | | 45.00 |
| | | | | | Check Amount | 45.00 |

*PAYMENT RECORD*

Cash in Bank Operati                                                45.00

Rev 10/10

 **BlueCross BlueShield of Florida**
An Independent Licensee of the
Blue Cross and Blue Shield Association



Legal Affairs Division
Susan K. Rodgers
Record Custodian
4800 Deerwood Campus Parkway, #100-7
Jacksonville, Florida 32246-8273

Phone: 904-905-6577
Fax:    904-905-9789

November 10, 2011

**Invoice**

Sheila DeLeon, Paralegal
Moore & Company
355 Alhambra Circle Suite 1100
Coral Springs, FL 33134

Re: Mark E. Luther
Case No:

Pursuant to Section 92.153 (2) (a), *Florida Statutes*, Blue Cross and Blue Shield of Florida, Inc., as a disinterested witness, "shall be paid for any costs [it] reasonably incurs either directly or indirectly in producing, searching for, reproducing, or transporting documents pursuant to a summons." Also, pursuant to the Rule 1.351 (c), *Florida Rules of Civil Procedure*, "the person upon whom the summons is served may condition the preparation of copies on the payment in advance of the reasonable costs of preparing the copies."

Subpoena / Authorization                          **Total due: 45.00**

In accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-191, before any records can be released in response to a Subpoena received in our office, this office must receive written "satisfactory assurance" that the information requestor has made reasonable efforts either (a) to ensure that the Individual who is the subject of the Protected Health Information requested has received notice of the subpoena, discovery request or other lawful process, or (b) secure a qualified protective order from the applicable court or administrative tribunal or by party stipulation that limits the parties' use or disclosure to the purpose of the proceeding, and- requires return or destruction of the Protected Health Information (including all copies) at end; or makes reasonable efforts either: (a) to provide notice of the subpoena, discovery request or other lawful process to the Individual who is the subject of the Protected Health Information requested, or (b) to seek a qualified protective order from the applicable court or administrative tribunal.

**Please make your check payable to Blue Cross and Blue Shield of Florida, Inc. and send it to the address listed above along with a copy of this invoice to properly identify the requested records. The Tax ID# is 59-2015694.**

**Prepayment is required.**
**Please allow 7—10 business days for processing.**

Pub. 1. billing 3(a) :J

*Super Reust 10*

# Check Request



MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

BILLED
BILLED

| | | | |
|---|---|---|---|
| **Date:** | 12/19/2011 | **Client Name:** | LUTHER, Mark |
| **Requested By:** | Sheila DeLeon | **Client #:** | 99700.0001 |
| **Due Date:** | 12/19/2011 | **Payable To:** | Publix Super Markets, Inc.<br>Melynda Heidle - Legal Department<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811 |
| **Amount:** | $4.00 | | |
| **Send Out:** | | | |
| **Return To:** | Sheila DeLeon | | |

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

*Approving Partner Initials*

| | | |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>☑ Yes ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

**Payment For:** Pre-payment Invoice for copying of Pharmacy records for Mark E. Luther.

**Finance Department Use**

Date Billed to Client: 12/19/2011

☑ Billed as an Advance Cost Payable to Moore & Co., P.A.

☐ Billed to recover Trust Payment

Payable to: Moore & Co., P.A. Trust Account

MOORE & COMPANY, P.A.

5623

PAYMENT RECORD

Publix Super Markets, Inc.

12/19/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/19/2011 | Bill | | 4.00 | 4.00 | | 4.00 |
| | | | | | Check Amount | 4.00 |

Cash in Bank Operati

4.00



# Publix Super Markets, Inc.
# Pre-Payment Invoice
## Pharmacy Records
### Friday, December 16, 2011

Melynda Heidle, FRP
Health Care Operations Paralegal
Phone: 863-688-1188, ext. 54236
Fax:    863-413-5724
Email: melynda.heidle@publix.com

| Law Firm/Company |
| --- |
| Moore & Company |

| Attention | Fax # |
| --- | --- |
| Sheila DeLeon | 786-221-0601 |

In accordance with Rule 1.351(c), Florida Rules of Civil Procedure, Publix requires advance payment for the preparation of copies. The standard copying fee charged by Publix Super Markets, Inc. is $1.00 per page for the first 25 pages and $.25 per page for each page in excess of 25.

| Patient First Name | Patient Last Name |
| --- | --- |
| Mark | Luther |

| Page Count | Please Remit |
| --- | --- |
| 4 | $4.00 |

| Notes |
| --- |
|  |

Please make your check* payable to Publix Super Markets, Inc. and mail it along with a copy of this invoice to:

Melynda Heidle - Legal Department
Publix Super Markets, Inc.
3300 Publix Corporate Parkway
Lakeland, FL 33811

*We are unable to accept other methods of payment. Payments mailed to locations other than the one listed above may not be processed. Prompt payment in this matter is appreciated. If your case has settled, you may disregard this invoice. Thank you.

Tax ID No: 59-0324412
Invoice No. 13630



Where shopping is a pleasure

To:            Sheila DeLeon              From:     Melynda Heidle

Company:                                 Pages:    2

Fax Number:    17862210601               Date:     12/16/2011

Subject:       Copy Fee                  Time:     2:21:28 PM


Note:

        Please see attached.

se Reimbursment

# FedEx Office

FedEx Office is your destination
for printing and shipping.

4525 S FLORIDA AVE
Lakeland, FL 33813
Tel: (863) 701-7731

2/29/2012                2:11:59 PM EST
Team Member: Ronald Y.
Customer: John Curtis

SALE

| PRINTS BLACK WHITE | Qty 1 | 81.69 |
|---|---|---|
| FS BW SS Standard | 1167 @ | 0.0700 T |
| 000001 Reg. Price | 0.11 | |
| Price per piece | 81.69 | |
| Regular Total | 128.37 | |
| Discounts | 46.68 | |

| COLOR | Qty 1 | 86.73 |
|---|---|---|
| FS C SS 8.5x11/14 | 147 @ | 0.5900 T |
| 000173 Reg. Price | 0.59 | |
| Price per piece | 86.73 | |
| Regular Total | 86.73 | |
| Discounts | 0.00 | |

| TABS AND INSERTS | Qty 1 | 272.37 |
|---|---|---|
| FS BW Tabs per Tab | 90 @ | 0.3500 T |
| 000072 Reg. Price | 0.35 | |
| Aux Insert per Piece | 1314 @ | 0.1000 T |
| 000387 Reg. Price | 0.10 | |
| DC Tabs Std | 90 @ | 1.0000 T |
| 001371 Reg. Price | 1.00 | |
| BinderEconVw 3in Blk | 3 @ | 6.4900 T |
| 004405 Reg. Price | 6.49 | |
| Price per piece | 272.37 | |
| Regular Total | 272.37 | |
| Discounts | 0.00 | |

r the Luther matter in for reimbursement on my behalf.

661.10 × .55 = 367.00

(366.91)

BILLED

tion

BILLED

610.6 × .555 = 339.00

(338.88)

to have reimbursed. They were expended for the copying of Defendants'

1

**MOORE & COMPANY, P.A.**
OPERATING ACCOUNT
355 ALHAMBRA CIRCLE SUITE 1100
CORAL GABLES, FL. 33134
(786) 221-0600

5783

GIBRALTAR BANK, FSB
Miami, FL 33131
63-9045/2670

05/10/2012

PAY TO THE
ORDER OF

Black's Copy Service

$ **7,247.60

Seven Thousand Two Hundred Forty-Seven and 60/100************************************

DOLLARS

Black's Copy Service
P.O. Box 331067
Miami, Fl. 33233-1067

⑊005783⑊  ⑊267090455⑊  00300832⑊2⑊

MOORE & COMPANY, P.A.
Black's Copy Service

05/10/2012

5783

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 03/09/2012 | Bill | 1024869 | 2,004.97 | 2,004.97 | | 2,004.97 |
| 03/12/2012 | Bill | 1024693/65/317/79 | 4,195.85 | 4,195.85 | | 4,195.85 |
| 04/17/2012 | Bill | 1025251 | 1,046.78 | 1,046.78 | | 1,046.78 |
| | | | | Check Amount | | 7,247.60 |

Cash in Bank Operati

7,247.60

# Check Request

BILLED 


# MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| **Date:** | 03/09/2012 | **Client Name:** | Luther, Mark |
| **Requested By:** | Betty Cortes | **Client #:** | 99700.0001 |
| **Due Date:** | 03/16/2012 | **Payable To:** | Black's Copy Services<br>P.O. Box 331067<br>Miami, FL 33233-1067 |
| **Amount:** | $2,004.97 | | |
| **Send Out:** | X | | *POSTED* |
| **Return To:** | | | |

---

**Payment From**     ☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

Approving Partner Initials

| | | |
|---|---|---|
| ◼ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>◼ Yes ☐ No | Current Trust Balance: | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

---

**Payment For:** Invoice No. 1024869, dated 02.23.12 - Digital Bate Labels Copies - CD-Rom/PDF Format and Color Laser Copies.

| Finance Department Use | |
|---|---|
| Date Billed to Client: 02/29/2012 | |
| ◼ Billed as an Advance Cost Payable to Moore & Co., P.A. | |
| ☐ Billed to recover Trust Payment | |
| Payable to: Moore & Co., P.A. Trust Account | |
| Payment Received From Client: | |
| Date Paid by Client: | |
| Check Number: | |

**Payment cannot be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request. MTM approval required for disbursements over $400.00.**

Attach
Payment Record
Here



**PAYMENT ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

**INVOICE** 1024869

# BLACK'S
# COPY SERVICES

4699 PONCE DE LEON BLVD. · CORAL GABLES, FL 33146
PHONE: (305) 663-7005 · FAX: (305) 663-7006

Fed. I.D. #59-2801035

CUST #: **MOORE & COMPANY., P.A. - 32216**
**355 ALHAMBRA CIRCLE**
**SUITE 1100**
**CORAL GABLES, FL 33134**

DATE: 2/23/2012
P.O.#:
CONTACT: SHEILA
ORDER #: 1024869
TELEPHONE: 786-221-0600



JOB TITLE: 99700-0001 LUTHER

| ITEM - CODE | QTY. | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| BLD | 3,448 | DIGITAL BATE LABELS | | 0.05 | 172.40 |
| 043 | 3,448 | COPIES @ .10 SCANNED TO CD-ROM/PDF FORMAT | | 0.10 | 344.80 |
| 043 | 8,733 | COPIES @ .10 | | 0.10 | 873.30 |
| CCOPY2 | 537 | COLOR LASER COPIES (8.5X11) | | 0.90 | 483.30 |

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by _____ Date: _____ Check No.: _____

TERMS: Net 30

| | |
|---|---|
| SUBTOTAL: | $1,873.80 |
| TAX: | $131.17 |
| SUBTOTAL: | $1,873.80 |
| FREIGHT: | |
| TOTAL: | $2,004.97 |
| AMOUNT DUE: | $2,004.97 |

PLEASE SORRY TO SERVE YOU

# Check Request

 BILLED


| Date: | 04/17/2012 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 04/17/2012 | Payable To: | Black's Copy Services<br>P.O. Box 331067<br>Miami, FL 33233-1067 |
| Amount: | $1,046.78 | | |
| Send Out: | X | | |
| Return To: | | | POSTED |

| Payment From | ☐ **Bill As Cost Only**<br>Pay third party upon receipt of client payment | | Approving Partner Initials |
|---|---|---|---|
| ■ Operating Account | ☐ Trust Account - Retainer | ☐ **Trust Account - Master Escrow** | |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: | |
| Bill As Cost to Client:<br>■ Yes ☐ No | Current Trust Balance: | | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials | |

| Payment For: Invoice No. 1025251, dated 03.30.12 - Copies and Color Laser Copies - 6,643 copies @ $.10 = $664.30 and 314 color laser copies (8.5 x 11) @ $1.00 = $314.00. | Finance Department Use |
|---|---|
| | Date Billed to Client: 04/17/2012 |
| | ■ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |
| | Payment Received From Client: |
| | Date Paid by Client: |
| | Check Number: |

**Payment cannot be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request. MTM approval required for disbursements over $400.00.**

Attach
Payment Record
Here

**PAYMENT ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

**INVOICE** 1025251



# BLACK'S COPY SERVICES

4699 PONCE DE LEON BLVD. · CORAL GABLES, FL 33146
PHONE: (305) 663-7005 · FAX: (305) 663-7006

Fed. I.D. #59-2801035

BILLED

CUST #:

**MOORE & COMPANY., P.A. - 32216**
**ATTN BETTY A/P**
**355 ALHAMBRA CIR**
**SUITE 1100**
**CORAL GABLES, FL 33134**

DATE:
P.O.#: 3/30/2012
CONTACT: SHEILA DE LEON
ORDER #:
TELEPHONE: 1025251
786-221-0600

JOB TITLE: LUTHER V. ODB TRIAL EXH.

| ITEM - CODE | QTY. | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 6,643 | COPIES @ .10 | | 0.10 | 664.30 |
| CCOPY2 | 314 | COLOR LASER COPIES (8.5X11) | | 1.00 | 314.00 |

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: 3-30-12 Check No.: _____

TERMS: Net 30

| | |
|---|---|
| SUBTOTAL: | $978.30 |
| TAX: | $68.48 |
| SUBTOTAL: | $978.30 |
| FREIGHT: | |
| TOTAL: | $1,046.78 |
| AMOUNT DUE: | $1,046.78 |

PLEASE SURE TO SERVE YOU

# BLACK'S COPY SERVICES, INC.

4699 Ponce De Leon Blvd.
Coral Gables, Fl 33146

# Invoice



| Date | Invoice # |
|------|-----------|
| 2/23/2012 | 1024869 |



**Bill To**

MOORE & COMPANY., P.A. - 32216
355 ALHAMBRA CIRCLE
SUITE 1100
CORAL GABLES, FL 33134

| Job Title | 99700-0001 LUTHER | |
|-----------|-------------------|---|
| Quantity | Description | |
| 3,448 | DIGITAL BATE LABELS | .40T |
| 3,448 | COPIES @ .10 SCANNED TO CD-ROM/PDF FOR | .80T |
| 8,733 | COPIES @ .10 | .30T |
| 537 | COLOR LASER COPIES (8.5X11) | .30T |

*[handwritten note:]* 3.5.12 mom — Pls. approve for payment. Thank you B All attached Invoices.

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1.5% per month plus reasonable attorney's fee and court costs if necessary for collection.

| | |
|---|---|
| Subtotal | $1,873.80 |
| Sales Tax (7.0%) | $131.17 |
| Total | $2,004.97 |
| Balance Due | $2,004.97 |

Received by:_____ Date:_____ Check No.:_____

| Terms | Net 30 |
|-------|--------|

BOBBY

# Check Request 


## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| **Date:** | 12/28/2011 | **Client Name:** | Luther, Mark |
| **Requested By:** | Sheila DeLeon | **Client #:** | 99700.0001 |
| **Due Date:** | 01/06/2012 | **Payable To:** | All Florida Orthopaedic Associates<br>4600 4th Street N.<br>St. Petersburg, FL 33703 |
| **Amount:** | $27.50 | | |
| **Send Out:** | X | | POSTED |
| **Return To:** | | | |

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

<span style="color:gray">Approving Partner Initials</span>

| | | |
|---|---|---|
| ■ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes  ☐ No | Current Trust Balance: |
| Bill As Cost to Client:<br>■ Yes  ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

| Payment For: Invoice dated 12.15.11 - Patient No. 417475 - photocopy charges for copies of medical records for Mark Luther. | Finance Department Use |
|---|---|
| | Date Billed to Client: 12/28/2011 |
| | ■ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

**MOORE & COMPANY, P.A.**                                                                                    **5668**

All Florida Orthopaedic Associates                                              12/29/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/28/2011 | Bill | 417475 | 27.50 | 27.50 | | 27.50 |
| | | | | Check Amount | | 27.50 |

PAYMENT RECORD

Cash in Bank Operati                                                                                    27.50

# ALL FLORIDA ORTHOPAEDIC ASSOCIATES

Lawrence M.Gnage, M.D.
Robert G. Hamilton, M.D.
Brett R. Bolhofner, M.D.
Clinton B. Davis, M.D.
Jorge A. Rodriguez, M.D.
Jeff. D. Kopelman, M.D.

Kanta C. Shah, M.D.
William E. Lowry, M.D.
George H. Canizares, M.D.
Robert L. Swiggett, M.D.
Matthew D. Cusumano, D.O.

Matthew J. Swick, M.D.
Adrian L. Butler, M.D.
Arnold M. Ramirez, M.D.
Jennifer M. Burns, M.D.
Kurt C. Hirshorn, M.D.

BILLED

## Invoice

DATE: 12/5/11

Moore & Company

355 Alhambra Circle

Suite 1100

Miami, FL 33134

**THE FOLLOWING IS A SUMMARY OF THE CHARGES THAT WERE INCURRED FOR COPYING THE MEDICAL RECORDS THAT YOU REQUESTED ON** 12/13/11

PATIENT: Mark Luther

PATIENT #: 417475

Charge per page-$1.00 for first 25 pages & $0.25 for each additional page.
For copies of records on a Workers Compensation case the charge is $0.50 per page.

Total Pages Copied: 55        Total Amount Due: $ 27.50

**PLEASE REMIT PAYMENT TO:**        All Florida Orthopaedic Associates
4600 4th Street N.
St. Petersburg, FL 33703
## (Tax ID:592681990)

IF YOU HAVE ANY QUESTIONS, PLEASE CALL (727) 527-5272, EXT 152
P.O. Box 76359 St. Petersburg, FL 33734
Phone: (727) 527-5272 Main Fax: 727-522-7412
Medical Records Fax: (727) 369-4998
To pay by credit card, please call 727-527-5272 EXT 138 or complete the following portion
and return to attention of Tham Summers:

Circle One: Mastercard  Visa        Credit Card #_____

Expiration Date_____        V-Code_____        Amount Paid_____

Billing Address_____

# Check Request

**BILLED**



### MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| Date: | 01/16/2012 | Client Name: | Luther |
| Requested By: | Sheila | Client #: | 99700-0001 |
| Due Date: | 01/05/2012 | Payable To: | Florida Medical Record Service |
| Amount: | $1,194.86 | | |
| Send Out: | | | |
| Return To: | Sheila | | |

| Payment From | ☐ **Bill As Cost Only** Pay third party upon receipt of client payment | Approving Partner Initials |
|---|---|---|
| ☐ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client: ☑ Yes ☐ No | Current Trust Balance: | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

| Payment For: Medical records from Bayfront Medical Center | Finance Department Use |
|---|---|
| | Date Billed to Client: _01 . 16 . 12_ (BC) |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |

**MOORE & COMPANY, P.A.**                                                                 5693

Florida Medical Record Service, Inc.                                    1/16/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/16/2012 | Bill | | 1,194.86 | 1,194.86 | | 1,194.86 |
| | | | | | Check Amount | 1,194.86 |

PAYMENT RECORD watermark

Cash in Bank Operati    Medical Records from Bayfront Medical Center                        1,194.86

# FLORIDA MEDICAL RECORD SERVICE
## 405 ST.PETERSBURG DRIVE EAST SUITE 6
## OLDSMAR, FL 34677

BILLED

MOORE & COMPANY, PA                     November 30, 2011

355 ALHAMBRA CIR, STE 1100

MIAMI, FL 33134                CASE #:  8:00-cv-2267-T26 TGW

FAX#  786-221-001

FACILITY: **Bayfront Medical Center**

PATIENT: LUTHER, MARK E         REFERENCE CODE 71-*113011*

WE ARE IN RECEIPT OF YOUR REQUEST FOR COPIES OF MEDICAL RECORDS ON
THE ABOVE NAMED PATIENT. PLEASE BE ADVISED THAT IN ORDER TO PROCESS
YOUR REQUEST, WE REQUIRE PREPAYMENT IN THE AMOUNT OF $ 1222.36    .
PLEASE SEND A COPY OF THIS LETTER, ALONG WITH YOUR REMITTANCE MADE
PAYABLE TO: **FLORIDA MEDICAL RECORD SERVICE** AND MAIL TO:

**FLORIDA MEDICAL RECORD SERVICE**
**405 ST.PETERSBURG DRIVE SUITE 6**
**OLDSMAR, FL 34677**            **TAX ID # 58-2379198**

ONCE WE HAVE RECEIVED PAYMENT, WE WILL PROMPTLY FURNISH THE
REQUESTED INFORMATION TO YOU.
SHOULD YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CONTACT US AT:
**727-893-6705.**

THANK YOU,
FMRS, Inc.

        1098.00 PAGES @   1.00    PER PAGE

          10.00  YEAR SEARCH FEE @ $1.00 PER YEAR

        27.50  POSTAGE

        76.86 TAX

          10.00 CERTIFICATION / NOTARY FEE

              LESS PREPAYMENT - CHECK # _____

$ 1,194.86     $  1222.36   **TOTAL**

!!! PLEASE PLACE THIS REFERENCE CODE ON YOUR CHECK71-*113011*     !!!!!!!
**PERSONAL CHECKS ARE NOT ACCEPTED.  PLEASE PROVIDE A MONEY
ORDER OR CASHIER'S CHECK.**

# Check Request



BILLED



# MOORE & CO., P.A.
### PROFESSIONAL ASSOCIATION

| Date: | 01/17/2012 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 01/17/2012 | Payable To: | Neurosurgical Associates of Tampa Bay, Inc. 603 7th Street S Suite 540 St. Petersburg, FL 33701 |
| Amount: | $32.25 | | |
| Send Out: | | | |
| Return To: | Betty Cortes | | |

## Payment From

☐ **Bill As Cost Only**
Pay third party upon receipt of client payment

*Approving Partner Initials*

☑ **Operating Account**

☐Corporate Credit Card

**Bill As Cost to Client:**
☑ Yes ☐ No

*Approving Partner Initials*

☐ **Trust Account - Retainer**

Bill As Cost to Client: ☐ Yes ☐ No

Current Trust Balance:

*Approving Partner Initials*

☐ **Trust Account - Master Escrow**

Current Trust Balance:

*Approving Partner Initials*

**Payment For:** Pre-payment for copies of medical records of Mark E. Luther statement dated 01.17.2012.

**Finance Department Use**

**Date Billed to Client:** 01/17/2012

☑ Billed as an Advance Cost Payable to Moore & Co., P.A.

☐ Billed to recover Trust Payment

Payable to: Moore & Co., P.A. Trust Account

**MOORE & COMPANY, P.A.**

5695

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Neurosurgical Associates of Tampa Bay, In | | | 1/17/2012 | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 1/17/2012 | Bill | | 32.25 | 32.25 | | 32.25 |
| | | | | | Check Amount | 32.25 |

PAYMENT RECORD

Cash in Bank Operati   Pre-Payment for copies of medical records of M            32.25



007851



**NEUROSURGICAL ASSOCIATES OF TAMPA BAY, INC.**
603 7TH Street S
Suite #540
St. Petersburg, FL 33701
727-828-8400
Fax: 727-828-8401
TAX ID#: 59-368-1325

DATE: 1/16/12

FAX TO: Moore & Company
Fax# 786.221.0601

RE: Mark E Luther Case# 8:09-cv-2267-T26TGW

*BILLED*

THIS WILL ACKNOWLEDGE YOUR REQUEST FOR RECORDS ON THE ABOVE NAMED PATIENT.

THIS REQUEST REQUIRES PRE-PAYMENT. THE PRE-PAYMENT AMOUNT FOR THE RECORDS AND
HANDLING IS $ 32.25

PLEASE REMIT THIS AMOUNT ALONG WITH A COPY OF THE INVOICE SO THAT WE MAY FORWARD THESE
RECORDS TO YOU PROMPTLY.

THANK YOU.

MEDICAL RECORDS

This fax and all contents contain information belonging to NATB, which may be privileged, confidential or otherwise protected from disclosure.
The information is intended to be for the addressee only. The authorized recipient of this information is prohibited from disclosing this
information to any other party and is required to destroy the information after its stated need has been fulfilled.

If you are not the addressee, any disclosure, copy, distribution or action taken in reliance of the contents of this fax is strictly prohibited. If you
have received this fax in error, please notify the sender immediately by calling them at the number above and destroy the original fax and all
copies

Please call us immediately if the transmitted material is illegible or if you did not receive all the pages of the transmission

2011 09 01 BJA

# FACSIMILE TRANSMITTAL FORM

*Date/Time:*    1/17/2012 10:26:12 AM

*Pages:*    **2**

*Subject:*    **MARK E LUTHER**

*To:*    **MOORE**

*Fax Number:*    **1-786-221-0601**

*From:*    **ALLEN,ERICA**

*Fax Number:*    **727-828-8401**

*Business Phone:*    **727-828-8400**

Company:    **NEUROSURGICAL ASSOC OF TAMPA BAY**

NOTE: PLEASE CALL  **727-828-8400**    IF DOCUMENTS ARE INCOMPLETE

OR NOT LEGIBLE.

The information contained in the facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination, or distribution of confidential or privileged information is strictly prohibited.

If you have received this communication in error, please notify us immediately by telephone and we will arrange for return of the documents.

# Check Request

BILLED



**MOORE & CO., P.A.**

PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| **Date:** | 01/31/2012 | **Client Name:** | Luther, Mark |
| **Requested By:** | Betty Cortes | **Client #:** | 99700.0001 |
| **Due Date:** | 02/03/2012 | **Payable To:** | Walgreen Company<br>16797 Collections Center Drive<br>Chicago, Illinois 60693 POSTED |
| **Amount:** | $55.00 | | |
| **Send Out:** | X | | |
| **Return To:** | | | |

| **Payment From** | ☐ **Bill As Cost Only**<br>**Pay third party upon receipt of client payment** | *Approving Partner Initials* |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ **Trust Account - Master Escrow** |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| **Bill As Cost to Client:**<br>☑ Yes ☐ No | Current Trust Balance: | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* |

| **Payment For:** Invoice No. 1254171 copies of pharmacy records for Mark Luther. | **Finance Department Use** |
|---|---|
| | Date Billed to Client: 01/31/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

**MOORE & COMPANY, P.A.**                                                                                      **5741**

Walgreens Company                                                        02/24/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/31/2012 | Bill | 1254171 | 55.00 | 55.00 | | 55.00 |
| | | | | | Check Amount | 55.00 |

PAYMENT RECORD

Cash in Bank Operati    Pharmacy Records for Mark Luther                                    55.00

# WALGREEN COMPANY
## CORPORATE AND REGULATORY LAW
### INVOICE FOR RECORD REQUEST SERVICES

BILLED

**Billed to:**

MOORE & COMPANY

355 ALHAMBRA CIRCLE SUITE 1100

MIAMI                    FL    33134-

**Make Checks Payable to:**

Walgreen Company

16797 Collections Center Dri

Chicago, Illinois 60693

**Invoice Number:**   1254171

**Patient Name:**  MARK LUTHER

**Amount Due:**    $55.00

**PatientDOB:**    01/20/1954

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# INVOICE

**Re:**  MARK LUTHER

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records.  An invoice for our services is attached.

Please remit payment, together with this invoice.  If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,

Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)

# Check Request

 BILLED


MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 02/20/2012 | Client Name: | LUTHER, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 02/24/2012 | Payable To: | HealthPort<br>P.O. Box 409740<br>Atlanta, GA 30384-9740 |
| Amount: | $2.84 | | |
| Send Out: | X | | |
| Return To: | | | |

## Payment From

☐ **Bill As Cost Only**
**Pay third party upon receipt of client payment**

Approving Partner Initials

☑ Operating Account ☐ Trust Account - Retainer ☐ **Trust Account - Master Escrow**

☐ Corporate Credit Card   Bill As Cost to Client: ☐ Yes ☐ No   Current Trust Balance:

Bill As Cost to Client:   Current Trust Balance:
☑ Yes ☐ No

Approving Partner Initials    Approving Partner Initials    Approving Partner Initials

| Payment For: | Finance Department Use |
|---|---|
| Invoice No. 0104358138, dated 02.04.12 - copies of medical records from Baycare Health System. | Date Billed to Client: 02/17/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

**MOORE & COMPANY, P.A.**                                                     5734
    Healthport                                            02/24/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/31/2012 | Bill | 0103958287 | 23.22 | 23.22 | | 23.22 |
| 02/20/2012 | Bill | 0104358138 | 2.84 | 2.84 | | 2.84 |
| | | | | Check Amount | | 26.06 |

PAYMENT RECORD

Cash in Bank Operati                                                   26.06

**HealthPort.**
**INVOICE**

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0104358138
Date:       2/4/2012
Customer #: 1629327

| Ship to: | Bill to: | Records from: |
|---|---|---|
| SHEILA DELEON | SHEILA DELEON | BAYCARE HEALTH SYSTEM |
| MOORE AND COMPANY PA | MOORE AND COMPANY PA | 3986 TAMPA RD |
| 355 ALHAMBRA CIRCLE STE 1100 | 355 ALHAMBRA CIRCLE STE 1100 | OLDSMAR, FL 34677 |
| CORAL GABLES, FL 33134 | CORAL GABLES, FL 33134 | |

**Requested By:** MOORE AND COMPANY PA

**Patient Name:** LUTHER MARK E

**SSN:** *****5429

**DOB:** 012054

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 1.00 | 1.00 |
| Shipping | | | 0.65 |
| Subtotal | | | 2.65 |
| Sales Tax | | | 0.19 |
| Invoice Total | | | 2.84 |
| Balance Due | | | 2.84 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 2.84 (USD)**

# Check Request

BILLED



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| **Date:** | 01/31/2012 | **Client Name:** | Luther, Mark |
| **Requested By:** | Betty Cortes | **Client #:** | 99700.0001 |
| **Due Date:** | 02/03/2012 | **Payable To:** | HealthPort<br>P.O. Box 409740<br>Atlanta, GA  30384-9740 |
| **Amount:** | $23.22 | | |
| **Send Out:** | X | | **POSTED** |
| **Return To:** | | | |

| **Payment From** | ☐ **Bill As Cost Only**<br>Pay third party upon receipt of client payment | | *Approving Partner Initials* |
|---|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes  ☐ No | | Current Trust Balance: |
| Bill As Cost to Client:<br>☑ Yes  ☐ No | Current Trust Balance: | | |
| *Approving Partner Initials* | *Approving Partner Initials* | | *Approving Partner Initials* |

| **Payment For:** Invoice No. 0103958287, dated 01.25.12 for copies of medical records from Sun Coast Medical Clinic. | **Finance Department Use** |
|---|---|
| | **Date Billed to Client:** 01/31/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| check # 5734 | ☐ Billed to recover Trust Payment |
| | **Payable to: Moore & Co., P.A. Trust Account** |
| | **Payment Received From Client:** |
| | **Date Paid by Client:** |
| | **Check Number:** |

**Payment cannot be made without supporting documentation. Please attach all supporting documentation i.e. invoice, statement, letter or email to this check request. MTM approval required for disbursements over $400.00.**

Attach
Payment Record
Here

*99?00,0001*

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE BILLED

Invoice #: **0103958287**
Date: **1/25/2012**
Customer #: 1629327

| Ship to: |
| --- |

SHEILA DELEON
MOORE AND COMPANY PA
355 ALHAMBRA CIRCLE STE 1100
CORAL GABLES, FL 33134

| Bill to: |
| --- |

SHEILA DELEON
MOORE AND COMPANY PA
355 ALHAMBRA CIRCLE STE 1100
CORAL GABLES, FL 33134

| Records from: |
| --- |

SUN COAST MEDICAL CLINIC
601 7TH STREET SOUTH
ST PETERSBURG, FL 33701

**Requested By:** MOORE AND CO
**Patient Name:** LUTHER MARK E

**DOB:** 012054
**SSN:** *****5429

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 20 | 1.00 | 20.00 |
| Shipping | | | 1.70 |
| Subtotal | | | 21.70 |
| Sales Tax | | | 1.52 |
| Invoice Total | | | 23.22 |
| Balance Due | | | 23.22 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

Please remit this amount : $ 23.22 (USD)

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0103958287** |
| --- |
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

# Check Request

BILLED 

**MOORE & CO., P.A.**
PROFESSIONAL ASSOCIATION

| | | | |
|---|---|---|---|
| **Date:** | 02/20/2012 | **Client Name:** | **LUTHER, Mark** |
| **Requested By:** | Betty Cortes | **Client #:** | 99700.0001 |
| **Due Date:** | 02/24/2012 | **Payable To:** | Mayo Clinic<br>P.O. Box 4006<br>Rochester, MN 55903-4006 |
| **Amount:** | $20.50 | | |
| **Send Out:** | X | | POSTED |
| **Return To:** | | | |

| **Payment From** | ☐ **Bill As Cost Only**<br>Pay third party upon receipt of client payment | | *Approving Partner Initials* |
|---|---|---|---|
| ☑ **Operating Account** | ☐ **Trust Account - Retainer** | ☐ **Trust Account - Master Escrow** | |
| ☐ **Corporate Credit Card** | **Bill As Cost to Client:** ☐ Yes ☐ No | Current Trust<br>Balance: | |
| **Bill As Cost to Client:**<br>☑ Yes ☐ No | Current Trust<br>Balance: | | |
| *Approving Partner Initials* | *Approving Partner Initials* | *Approving Partner Initials* | |

| **Payment For:** Invoice No. 0000051503, Customer ID<br>LAW FL 2210600, dated 02.06.12<br>copies of records from Mayo Clinic. | **Finance Department Use** |
|---|---|
| | **Date Billed to Client:** 02/17/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

5739

| | | | | | 02/24/2012 | | |
|---|---|---|---|---|---|---|---|
| Mayo Clinic | | | | **Original Amt.** | **Balance Due** | **Discount** | **Payment** |
| **Date** | **Type** | **Reference** | | 20.50 | 20.50 | | 20.50 |
| 02/20/2012 | Bill | 51503 | | | | **Check Amount** | 20.50 |

PAYMENT RECORD

Cash in Bank Operati   Customer ID LAW FL 2210600, Dated 2-6-12. C

20.50





MC 

# Invoice

| | |
|---|---|
| Page: | 1 |
| Date: | 2/6/2012 |
| **Customer ID:  LAW** | **FL2210600** |
| **Invoice Number:** | **0000051503** |
| Federal Tax ID: | 41-6011702 |

et S.W.

N 55903

BILLED

| Contact Name and Phone | | | |
|---|---|---|---|
| Patient Account Services Rochester | | (800) 660-4582 | |
| **Description** | **Qty Shipped** | **Price** | **Amount** |
| nized Statement Retrieval Fee | 1.000 | 10.00 | 10.00 |
| nized Statement, copies | 14.000 | 0.75 | 10.50 |

.................... LAST ITEM

| | | |
|---|---|---|
| Subtotal | | 20.50 |
| Sales Tax | | 0.00 |
| Payment/Credit Amount | | 0.00 |
| **Balance** | USD | 20.50 |

---- Cut here  Please return stub with payment. -----

# Check Request

 BILLED


MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 03/12/2012 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 03/16/2012 | Payable To: | HealthPort<br>P.O. Box 409740<br>Atlanta, GA 30384-9740 |
| Amount: | $2.84 | | |
| Send Out: | X | | POSTED |
| Return To: | | | |

| Payment From | ☐ **Bill As Cost Only**<br>Pay third party upon receipt of client payment | | Approving Partner<br>Initials |
|---|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow | |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: | |
| Bill As Cost to Client:<br>☑ Yes ☐ No | Current Trust Balance: | | |
| Approving Partner<br>Initials | Approving Partner<br>Initials | Approving Partner<br>Initials | |

| Payment For: Invoice No. 0105209949, dated<br>02.23.12 - for copies of medical records<br>from Baycare Health System | Finance Department Use |
|---|---|
| | Date Billed to Client: 03/02/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

MOORE & COMPANY, P.A.                                                    5861
Healthport                                          05/15/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 03/12/2012 | Bill | 0105209949 | 2.84 | 2.84 | | 2.84 |
| | | | | | Check Amount | 2.84 |

Cash in Bank Operati                                                     2.84



# HealthPort
## INVOICE

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0105209949
**Date:** 2/23/2012
**Customer #:** 1629327

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MOORE AND COMPANY PA<br>MOORE AND COMPANY PA<br>355 ALHAMBRA CIRCLE STE 1100<br>CORAL GABLES, FL 33134 | MOORE AND COMPANY PA<br>MOORE AND COMPANY PA<br>355 ALHAMBRA CIRCLE STE 1100<br>CORAL GABLES, FL 33134 | BAYCARE HEALTH SYSTEM<br>3986 TAMPA RD<br>OLDSMAR, FL 34677 |

**Requested By:** MOORE AND COMPANY PA          BILLED     **DOB:**     012054
**Patient Name:** LUTHER MARK

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 1.00 | 1.00 |
| Shipping | | | 0.65 |
| Subtotal | | | 2.65 |
| Sales Tax | | | 0.19 |
| Invoice Total | | | 2.84 |
| Balance Due | | | 2.84 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 2.84 (USD)**

------------------------------ ✂ ------------------------------

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0105209949

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

# Check Request

 BILLED

 MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 04/24/2012 | Client Name: | LUTHER, Mark |
|---|---|---|---|
| Requested By: | Betty Cortes | Client #: | 99700.0001 |
| Due Date: | 04/27/2012 | Payable To: | Mayo Clinic P.O. Box 4006 Rochester, MN 55903-4006 |
| Amount: | $54.58 | | |
| Send Out: | X | | POSTED |
| Return To: | | | |

| Payment From | ☐ Bill As Cost Only Pay third party upon receipt of client payment | Approving Partner Initials |
|---|---|---|
| ☐ Operating Account<br>☐ Corporate Credit Card<br>Bill As Cost to Client:<br>☐ Yes  ☐ No<br>Approving Partner Initials | ☐ Trust Account - Retainer<br>Bill As Cost to Client: ☐ Yes  ☐ No<br>Current Trust Balance:<br>Approving Partner Initials | ☐ Trust Account - Master Escrow<br>Current Trust Balance:<br>Approving Partner Initials |

| Payment For: Invoice No. 0000050785, Customer ID LAW FL 2210600, dated 01/05/2012 copies of records from Mayo Clinic including certification. | Finance Department Use |
|---|---|
| | Date Billed to Client: 04/24/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |

**MOORE & COMPANY, P.A.** 5862
Mayo Clinic                                                    05/15/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 04/24/2012 | Bill | 0000050785 | 54.58 | 54.58 | | 54.58 |
| | | | | | Check Amount | 54.58 |

PAYMENT RECORD

Cash in Bank Operati                                                                 54.58

  99200, 0001
PAGE 2 OF 2

*Luther —*

 **MAYO CLINIC**  BILLED

**Invoice**

**200 First Street S.W.**
**Rochester, MN 55903**

| | | |
|---|---|---|
| Page: | | 1 |
| Date: | | 1/5/2012 |
| **Customer ID:** | **LAW** | **FL2210600** |
| **Invoice Number:** | | **0000050785** |

Federal Tax ID: 41-6011702

MOORE & COMPANY
355 Alhambra Circle, Suite 1100
Miami, FL 33134  USA

| Customer PO | Contact Name and Phone | | |
|---|---|---|---|
| | Release of Information | | (507) 284-1791 |

| Item | Description | Qty Shipped | Price | Amount |
|---|---|---|---|---|
| RF | History Retrieval fee | 1.000 | 16.24 | 16.24 |
| Hx | Medical History, copies of portions | 8.000 | 1.23 | 9.84 |
| Cert | Certification | 1.000 | 28.50 | 28.50 |
| Attention: Sheila DeLeon | | | | |
| Case No.: 8.09-cv-2267-T26 TGW | | | | |
| Regarding: Mark Luther 7-133-760 | | | | |
| | LAST ITEM | | | |

| | | |
|---|---|---|
| Subtotal | | 54.58 |
| Sales Tax | | 0.00 |
| Payment/Credit Amount | | 0.00 |
| Balance | USD | 54.58 |

---------------- Cut here. Please return stub with payment. -----------------

| Card Type: | ☐ Discover | ☐ Mastercard | ☐ Visa |
|---|---|---|---|
| Card Number: | | | Exp Date (mm/yr) |
| Cardholder Name: | | | Amount |
| Authorized Signature: | | | CVC Code (3 digit code) |

| | | |
|---|---|---|
| Customer ID: | LAW | FL2210600 |
| Customer Key: | | 87752 |
| Invoice Number: | | 0000050785 |
| Due Date: | | 1/20/2012 |
| Payment Due: | | 54.58 |

☐ If your address has changed, please check the box and write your new address and phone number on the back of this stub.

Please remit payment to: **Mayo Clinic**
**P.O. Box 4006**
**Rochester, MN  55903-4006**

ATTN:        Betty

FROM:        Macho, Andrea S.

DATE:        April 20, 2012
SUBJECT:     LAW FL2210600 inv 50785
JOB:         9321

ATTACH:      "ARZTC001NRSOEDperf.pdf"

Attn: Betty

Per our phone call, attached is outstanding invoice 50785. If you have
any other questions feel free to give me a call.

Thank You

Andrea

507-266-3164

 **MAYO CLINIC**


RECEIVED
APR 1 0 2012
- - - - - - - - - -

Mayo Clinic
200 1st Street SW
Rochester MN 55903-4026

MOORE & COMPANY
355 Alhambra Circle, Suite 1100
Miami, FL 33134   USA

**Customer ID**     **LAW**     **FL2210600**

*For Avera*
*Mayo Clinic - BC left vm message*
*4.18.12 @ 4:48 pm*

For questions regarding this statement, please contact Non-patient Revenue Service 507-266-3164

| Date | Date Due | Invoice No. | Description | Amount | Balance |
|---|---|---|---|---|---|
| 1/5/2012 | 1/20/2012 | 0000050785-IN | | 54.58 | 54.58 |

*Mark Later*

*Inv. 50785 -*

**If payment is not promptly received we may require prepayment from your firm for future requests.
This includes physician narrative reports, medical records, depositions and conferences.**

| Current | Over 45 Days | Over 90 Days | Over 120 Days | Over 150 Days | Balance Due USD |
|---|---|---|---|---|---|
| 0.00 | 54.58 | 0.00 | 0.00 | 0.00 | 54.58 |

-------------------- Cut here.  Please return stub with payment. --------------------

| Card Type: | ☐ Discover | ☐ Mastercard | ☐ Visa |
|---|---|---|---|
| Card Number: | | | Exp Date (mm/yy) |
| Cardholder Name: | | | Amount |
| Authorized Signature: | | | CVC Code (3 digit code) |

☐  If your address has changed, please check the box and write your new address and phone number on the back of this stub.

**Mayo Clinic
PO Box 4006
Rochester MN 55903-4026**

| **Customer Account Number** | **LAW** | **FL2210600** |
|---|---|---|
| Payment Due | | 54.58 |
| Due Date: | | Upon Receipt |

# Check Request

*Super Rush*

BILLED



## MOORE & CO., P.A.
PROFESSIONAL ASSOCIATION

| Date: | 07/18/2012 | Client Name: | Luther, Mark |
|---|---|---|---|
| Requested By: | Sheila DeLeon | Client #: | 99700.0001 |
| Due Date: | 07/18/2012 | Payable To: | Treasury of the United States Commandant (CG-5453) U.S. Coast Guard 2100 Second Street, S.W. STOP 7581 Washington, DC 20593-7581 |
| Amount: | $136.18 | | |
| Send Out: | X | | |
| Return To: | | | |

| Payment From | ☐ Bill As Cost Only Pay third party upon receipt of client payment | Approving Partner Initials |
|---|---|---|
| ☑ Operating Account | ☐ Trust Account - Retainer | ☐ Trust Account - Master Escrow |
| ☐ Corporate Credit Card | Bill As Cost to Client: ☐ Yes ☐ No | Current Trust Balance: |
| Bill As Cost to Client: ☑ Yes ☐ No | Current Trust Balance: | |
| Approving Partner Initials | Approving Partner Initials | Approving Partner Initials |

| Payment For: Treasury of the United States for USCG FOIA request of December 13, 2011 Activity Number 3581686 involving the vessels Ouro de Brazil and Three Graces regarding the incident on 08.31.09 - FOIA Case No. 12-0738. | Finance Department Use |
|---|---|
| | Date Billed to Client: 07/18/2012 |
| | ☑ Billed as an Advance Cost Payable to Moore & Co., P.A. |
| | ☐ Billed to recover Trust Payment |
| | Payable to: Moore & Co., P.A. Trust Account |



MOORE & COMPANY, P.A.                                                                    5891

Treasury of the United States                                    7/18/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 7/18/2012 | Bill | | 136.18 | 136.18 | | 136.18 |
| | | | | | Check Amount | 136.18 |

Cash in Bank Operati    FOIA Case No. 12-0738-Activity Number 358168                      136.18







**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Commandant
United States Coast Guard

2100 Second Street, S.W. Stop 7581
Washington, DC 20593-7581
Staff Symbol: CG-5453
Phone: (202) 372-1378
Fax: (202) 372-1922
Email: Barrett.F.Washington @uscg.mil

5720
FOIA 12-0738
July 11, 2012

Ms. Sheila DeLeon
Moore & Company
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134-5076

Dear Ms. DeLeon:

This letter is in reference to your Freedom of Information Act (FOIA) request of December 13,
2011, concerning the incident and investigation (Activity number 3581686) involving the vessels
OURO DE BRAZIL and THREE GRACES on August 31, 2009. The information you requested
was sent to you on December 19, 2011 and a processing fee of $127.89 was assessed in
accordance with Coast Guard policy.

Our records show that we still have not received payment for the information we provided in
response to your request. This payment is now more than 90 days past due. In accordance with
31 U.S.C. 3717 a penalty charge of $7.67 and $0.61 in interest have been added to your debt.
Interest will continue to accrue until paid.

Unless payment is received within 60 days of the date of this letter, this debt will be disclosed to
consumer reporting agencies. Information to be reported will include your name and address, the
amount and status of your debt, and the program under which this claim arose.

The debt for which you are now responsible, including penalties and interest is now calculated to
be $136.18. When making payment, your check, draft or money order should be made payable
to the "Treasury of the United States" and sent to the following address:

> Commandant (CG-5453)
> U.S. Coast Guard
> 2100 Second Street, S.W. STOP 7581
> Washington, DC 20593-7581

Payment may be made by credit card on the Internet using the FOIA Request Payment form at
https://www.pay.gov/paygov/. Payment is due within 30 days of the date of this letter. If not
paid by that date, interest and penalties will be applied in accordance with 31 U.S.C. 3717.
Please reference this letter when forwarding payment. Also ensure the FOIA case number
(FOIA 12-0738) appears on the front of the check, money order, or electronic payment form.

You have the right to a full explanation of this claim, you may dispute any information in our
records concerning this claim that you believe to be inaccurate and you may request a review of
this claim. If you desire to have this claim reviewed, you must submit in writing and include
your reasons for reconsideration. You should address your request to:

5720
FOIA 12-0738
July 11, 2012

Commandant (CG-5453)
U.S. Coast Guard Headquarters
2100 2nd Street, S.W. STOP 7581
Washington, DC 20593-7581

This is our second notice concerning your outstanding balance. If you have any questions regarding this matter, please call me at the above number.

Sincerely,

D. PATTERSON
Chief, Data Administration Division
U.S. Coast Guard
By direction

Copy:   CG-DCO Directorate FOIA Coordinator
        Coast Guard Finance Center